Matt Valenti, Esq. (State Bar No. 253978)
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189
E-mail: mattvalenti@valentilawapc.com

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>           Plaintiff,<br><br>    vs.<br><br>INTERBROKERS INSURANCE SERVICES, INC.; SMART BORDER INVESTMENTS LLC; AND DOES 1-10,<br><br>           Defendants. | Case No.: 3:25-cv-00448-BEN-SBC<br><br>STIPULATION TO DISMISS PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Raul Uriarte-Limon and Defendants Interbrokers Insurance Services, Inc. and Smart Border Investments LLC hereby stipulate and jointly request that this Court enter a dismissal with prejudice of the above-entitled action in its entirety. Each party shall bear his or its own costs, experts' fees, and attorneys' expenses. The case has settled.

DATED: July 22, 2025           VALENTI LAW APC

                               By: */s/ Matt Valenti*
                                   Matt Valenti, Esq.
                                   Attorney for Plaintiff
                                   Raul Uriarte-Limon


DATED: July 22, 2025           LAW OFFICES OF SUSANA M. MAHADY

                               By: */s/ Susana M. Mahady*
                                   Susana M. Mahady, Esq.
                                   Attorneys for Interbrokers
                                   Insurance Services, Inc.

| | | |
|---|---|---|
| 1 | DATED: July 22, 2025 | GORDON & REES SCULLY MANSUKHANI |
| 2 | | |
| 3 | | By: */s/ Jan K. Buddingh, Jr.* |
| 4 | | Jan K. Buddingh, Jr., Esq. |
| 5 | | Attorneys for Smart Border Investments LLC |

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

DATED: July 22, 2025                                         VALENTI LAW APC

                                                             By: */s/ Matt Valenti*
                                                                 Matt Valenti, Esq.
                                                                 Attorney for Plaintiff
                                                                 Raul Uriarte-Limon