**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL URIATE-LIMON,<br><br>         Plaintiff,<br><br>v.<br><br>INTERBROKERS INSURANCE SERVICES, INC.; SMART BORDER INVESTMENT LLC, and DOES 1-10<br><br>         Defendant. | Case No.: 25-cv-448-BEN-SBC<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

Upon joint stipulation of the Parties (Doc. No. 9), and good cause appearing, IT IS HEREBY ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE in its entirety.

Each Party shall bear its own costs, experts' fees, and attorneys' expenses.

**IT IS SO ORDERED.**

DATED:   August 4, 2025

**HON. ROGER T. BENITEZ**
United States District Judge